**NEWPORT TRIAL GROUP**
SCOTT J. FERRELL (Bar No. 202091)
  sferrell@trialnewport.com
RYAN M. FERRELL (Bar No. 258037)
  rferrell@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile:  (949) 706-6469

**HIDEN, ROTT & OERTLE, LLP**
Eric M. Overholt (Bar No. 248762)
  eoverholt@hrollp.com
Michael Ian Rott, Esq. (Bar No. 169468)
  mrott@hrollp.com
2635 Camino Del Rio South, Suite 306
San Diego, California 92108
Tel: (619) 296-5884
Fax: (619) 296-5171

*Attorneys for Plaintiff Matthew Peck and the Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, on behalf of herself, all others similarly situated, and the general public<br><br>            Plaintiffs,<br><br>        vs.<br><br>NELSONS; A. NELSONS & CO. LTD.,<br><br>            Defendants. | Case No.  12-CV-0495 L (NLS)<br><br>**INTERVENOR MATTHEW PECK'S NOTICE OF MOTION AND MOTION TO INTERVENE AND TO APPOINT INTERIM CO-LEAD CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:  April 30, 2012<br>Time: 10:30 AM<br>Courtroom:  14 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 30, 2012, 10:30 a.m., or as soon thereafter as counsel may be heard, before the Hon. James Lorenz, in Courtroom 14 of the above-entitled Court, located at 940 Front Street, San Diego, California, Intervenor Matthew Peck ("Intervenor") will, and hereby does, move this Court for an Order: (1) permitting Intervenor to intervene in this action pursuant to Rule 24(a)(2) and/or Rule 24(b) of the Federal Rules of Civil Procedure; and (2) appointing the firms of Newport Trial Group and Hiden, Rott & Oertle, LLP as Co-Lead Interim Class Counsel in this action pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

**GROUNDS FOR MOTION:**  This Motion is made on the following grounds:

(1) Intervenor has an interest in this action in that Counsel for Plaintiff in this action, Law Offices of Ronald A. Marron, APLC (the "Marron Firm") (1) monitors filings by intervenor's counsel; (2) solicits plaintiffs for identical lawsuits; (3) files duplicative "copycat" lawsuits; and (4) contacts the defendants in such lawsuits to propose collusive settlements.  The Marron Firm's actions directly impair the interests of plaintiffs like Intervenor and the classes they represent.  Accordingly, Intervenor should be permitted to intervene in this action pursuant to Rule 24(a)(2) and/or Rule 24(b); and

(2) Intervenor's counsel, the firms of Newport Trial Group ("NTG") and Hiden, Rott & Oertle, LLP ("HRO"), should be appointed as Interim Co-Lead Class Counsel, pursuant to Rule 23(g), because: (1) they are prosecuting a materially identical class action lawsuit; and (2) for a variety of reasons set forth herein, they are in a far better position to successfully represent the interests of the class of purchasers of the products at issue in this action.

**BASIS FOR MOTION:**  This Motion is based upon this Notice, upon the attached Memorandum of Points and Authorities, upon the accompanying Declaration of Scott J. Ferrell and Request for Judicial Notice, and Exhibits thereto, and upon such further argument and evidence as this Court may consider at the hearing of this Motion.

1    This Motion is made following a conference of counsel pursuant to L.R. 7-3,

2  which took place on February 28, 2012.

3

4  Dated:  March 16, 2012

5                                          By:____/s/Scott J. Ferrell_____

6                                                  Scott J. Ferrell

7                                          NEWPORT TRIAL GROUP

8                                          Scott J. Ferrell, Bar No. 202091
                                           sferrell@trialnewport.com
9                                          Ryan M. Ferrell, Bar No. 258037

10                                         rferrell@trialnewport.com
                                           895 Dove Street, Suite 425
11                                         Newport Beach, CA 92660
                                           Telephone: (949) 706-6464
12                                         Fax: (949) 706-6469

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO INTERVENE AND TO APPOINT CO-LEAD CLASS COUNSEL