1  **LAW OFFICES OF RONALD A. MARRON, APLC**
2  RONALD A. MARRON (175650)
   *ron@consumersadvocates.com*
3  SKYE RESENDES (278511)
   *skye@consumersadvocates.com*
4  3636 4th Avenue, Suite 202
5  San Diego, California 92103
   Telephone:  (619) 696-9006
6  Facsimile:   (619) 564-6665
7
8  *Attorneys for Plaintiffs and the Proposed Class*
9
10            **UNITED STATES DISTRICT COURT**
11
              **SOUTHERN DISTRICT OF CALIFORNIA**
12
13 | KIM ALLEN, GENA RUSZECKI, DIANE MYERS, and GABRIEL GREEN on behalf of herself, all others similarly situated and the general public, | Case No. 3:12-CV-00495 L (NLS) Class Action Action Filed: February 28, 2012 |
14 |  |  |
15 |  |  |
16 | Plaintiff, | **NOTICE OF DISMISSAL** **[FED. R. CIV. P. 41(a)(1)(A)]** |
17 | vs. |  |
18 | NELSON BACH USA LTD, a Massachusetts Corporation. | Judge:  Hon. James Lorenz |
19 |  |  |
20 |  |  |
21 | Defendant. |  |

---

*Allen v. Nelson Bach USA, LTD.* Case No.3:12-cv-00495L (NLS)
NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Diane Myers and Gabriel Green will, and hereby do, dismiss their respective causes of action against Defendant Nelson Bach USA, LTD. without prejudice.  Nothing in this dismissal otherwise affects the claims of Plaintiffs Kim Allen and Gena Ruszecki, or any proposed class members, that are currently pending against Defendant in this Court.

Dated:  May 9, 2013                    */s/ Ronald A. Marron*

By: Ronald A. Marron

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
SKYE RESENDES
ALEXIS WOOD
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

1

*Allen v. Nelson Bach USA, LTD.* Case No.3:12-cv-00495L (NLS)
NOTICE OF VOLUNTARY DISMISSAL