**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**FEBRUARY 25, 2015**

Allen vs Nelsons, et al. No. 12cv495-L

Hon. NITA L. STORMES  Deputy Clerk  N/A

It is ordered that JUDGE NITA L. STORMES **RECUSES** from this case and **ORDERS** that the case be reassigned to another magistrate judge.

Assigned to: Magistrate Judge William V. Gallo
New Case #: 12CV0495-L-WVG

**Please forward judge's court file to new assigned judge.**