UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENA RUSZECKI,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NELSON BACH USA LTD.,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:12-cv-495-L-WVG<br><br>**ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a), the joint motion for dismissal of this putative class action is **GRANTED**.  All claims asserted by representative plaintiff Gena Ruszecki are **DISMISSED WITH PREJUDICE**.  All claims asserted on behalf of the putative class are **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated:  September 30, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　United States District Judge